IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

GUY E. "BUTCH" EVANS

CRIMINAL NO. 3:18CR87 HTW-FKB

26 U.S.C. § 7201
18 U.S.C. § 2

**The United States Attorney charges:**

1. From in or around January 2013, until in or around May 2014, in Hinds County in the Northern Division of the Southern District of Mississippi and elsewhere, the Defendant, **GUY E. "BUTCH" EVANS**, aided and abetted Christopher Epps ("Epps") in willfully attempting to evade and defeat the income tax due and owing by Epps to the United States of America, for the calendar year 2013.

2. On or about March 25, 2014, Epps filed, and caused to be filed, with the Internal Revenue Service, a false and fraudulent 2013 U.S. Individual Income Tax Return, Form 1040, on which Epps reported that his taxable income was $209,901.00 and that his tax due and owing was $996.00.

3. The Defendant, **GUY E. "BUTCH" EVANS**, knowingly aided and abetted Epps in underreporting Epps' taxable income for the calendar year 2013, when in fact Epps' taxable income for the calendar year 2013 was approximately $19,200.00 greater than the amount reported on Epps' tax return by virtue of cash payments made by the Defendant to Epps, and not reported by Epps, and as a result of such additional taxable income, there was a substantial additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201, and Title 18 United States Code, Section 2.

D. MICHAEL HURST, JR.
United States Attorney